UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __04-2622-KLEIN__

UNITED STATES OF AMERICA,

vs.

NEVILLE C. HUE,

ORDER OF REMOVAL

FILED by _____ D.C.
MAG. SEC.
JUN 0 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

A(n) __XX__ Complaint
_____ Indictment
_____ Information
_____ Probation Violation Warrant
_____ Bench Warrant

having been filed in the District of __Puerto Rico__ charging the above named defendant with __import heroin; money laundering__ and the defendant having

_____ surrendered

__XX__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__XX__ waived further hearing

_____ been given a hearing in accordance with __Fed.R.Crim.P. 40__

and having posted the bail as set by the Court, it is thereupon
   **ORDERED AND ADJUDGED** as follows:
   1. The defendant is held to answer in the District in which the charge is outstanding and shall appear before the District Court thereof at such time and place as may be ordered; and
   2. **All funds** and **documents** filed with the Clerk of court in this case shall be **transferred** to the District where the charge is outstanding.

   **DONE AND ORDERED** at Miami, Florida this __3rd__ day of __JUNE__ 2004.

Tape No. 04i-26-3017

_____
**THEODORE KLEIN**
**UNITED STATES MAGISTRATE JUDGE**

c: U.S. Marshal, PTS
   Defense Csl.
   Financial Section
   AUSA

